GLEN ISLAND OPERATING Co., INC., Respondent, v. RADIO CORPORATION OF AMERICA et al., Defendants, and DAVID MACKAY, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Breitel, Frank and Valente, JJ.

UNITED STONE WORKS, INC., Appellant, v. LASKER-GOLDMAN CORP., Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Botein, Rabin and Frank, JJ.

In the Matter of FRANK EBERHART et al., Doing Business as EBERHART BROTHERS, Appellants, against CHARLES ABRAMS, as State Rent Administrator, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Botein, Rabin and Valente, JJ.

ERNESTINE ROBINSON, Respondent, v. KENNETH A. ROBINSON, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. On the complaint alone, which is all that is before us on the motion to dismiss, we are unable to say whether the alleged arrangement between the parties was illegal. The issue must await development of the facts at a trial.— Concur — Peck, P. J., Botein, Rabin and Frank, JJ.

FRED W. CHITTY, as Executor of HERBERT C. CHITTY, Deceased, as Substituted Assignee, Respondent, v. HELLENIC LINES, LTD., Appellant.— Judgment entered February 8, 1956, and order entered February 29, 1956, denying defendant's motion for a new trial, unanimously affirmed, with costs. No opinion. Concur — Peck, P. J., Botein, Rabin and Frank, JJ.

CLARENCE W. INGELS, Appellant, v. EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Concur — Peck, P. J., Botein, Rabin and Frank, JJ.

In the Matter of 1021 PARK AVENUE CORPORATION, Respondent, against TAX COMMISSION OF THE CITY OF NEW YORK, Appellant. [1021 Park Ave., Borough of Manhattan.] — Order unanimously reversed, the petitions dismissed and the total assessments reinstated, with costs. On this record the valuation fixed by the tax commission for the assessment of the property is warranted. Settle order on notice. Concur — Peck, P. J., Botein, Rabin and Frank, JJ.

In the Matter of the Accounting of JOHN J. FITTER, as Executor of ELIZABETH J. B. RYAN, as Executrix of PETER J. RYAN, Deceased, Respondent. MABEL A. RELIHAN et al., Appellants; CARROLL E. BLESSING et al., as Executors of ALICE C. INGE, Deceased, et al., Respondents.— Decree unanimously affirmed, with costs. No opinion. Concur — Peck, P. J., Botein, Rabin and Frank, JJ.

FERN SIMS, Respondent, v. JAMES BERGAMO, Appellant.— Judgment unanimously reversed, with costs to the appellant, the complaint dismissed, and the clerk is directed to enter judgment in favor of the defendant dismissing the complaint, with costs. The evidence adduced failed to establish the fact or warrant the conclusion that the bartender was acting within the scope of his employment or in furtherance of his employer's business in assaulting the plaintiff. Concur — Peck, P. J., Botein, Rabin and Frank, JJ.